WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 05506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, SRMOF II 2012-1 Trust, U.S. Bank National Association, not in its individual capacity but solely as Trustee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SRMOF II 2012-1 TRUST, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | Case No.: 2:15-cv-01677-GMN-CWH<br><br>**[PROPOSED] ORDER GRANTING SFR INVESTMENT POOL 1, LLC'S DEMAND FOR COST BOND PURSUANT TO NRS 18.130(1)** |

COMES NOW Plaintiff, SRMOF II 2012-1 Trust, U.S. Bank National Association, not in its individual capacity but solely as Trustee (hereinafter "Plaintiff"), by and through their undersigned attorneys of record, Edgar C. Smith, Esq. and Rock K. Jung, Esq., of the law firm of WRIGHT, FINLAY & ZAK, LLP, hereby file this proposed order on SFR Investment Pool 1, LLC's Demand for Cost Bond Pursuant to NRS 18.130(1), which was filed in the above-entitled Court on September 24, 2015.

Plaintiff made an attempt to pay the Cost Bond on or about October 29, 2015, but payment was rejected by the Clerk of the above-entitled Court because there was not an Order signed by the Judge.

1   The Court, after reviewing all pleadings and papers on file, being fully advised in the
2   premises, and good cause appearing therefore,
3   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that SFR Investments Pool
4   1, LLC's (hereinafter "SFR") Demand for Cost Bond Pursuant to NRS 18.130(1) is GRANTED.
5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall pay the
6   Cost Bond in the amount of Five Hundred Dollars ($500.00), and subsequently file a Notice of
7   Posting Bond.
8   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that SFR shall have ten
9   (10) business days after the date of filing the Notice of Posting Bond to Answer or otherwise
10  Respond to Plaintiff's Complaint.

12  DATED this 25th day of January, 2016.

_____
United States Magistrate Judge

17  Respectfully submitted by:            Approved as to form and content:
18  WRIGHT, FINLAY & ZAK, LLP             DATED this 22nd day of January, 2016.
19                                        KIM GILBERT EBRON

21  _____             /s/ Jacqueline A. Gilbert, Esq.
    Rock K. Jung, Esq.                    Diana Cline Ebron, Esq.
22  Nevada Bar No. 10906                  Nevada Bar No. 10580
    7785 W. Sahara Ave., Suite 200        Jacqueline A. Gilbert, Esq.
23  Las Vegas, NV, 89117                  Nevada Bar No. 10593
24  *Attorneys for Plaintiff, SRMOF II 2012-1*   Karen L. Hanks, Esq.
    *Trust, U.S. Bank National Association,*    Nevada Bar No. 09578
25  *not in its individual capacity but solely as*   7625 Dean Martin Drive, Suite 100
    *Trustee*                             Las Vegas, NV 89139
26                                        *Attorneys for Defendant, SFR Investments Pool 1,*
27                                        *LLC*