WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, SRMOF II 2012-1 Trust, U.S. Bank National Association, not in its individual capacity but solely as Trustee*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SRMOF II 2012-1 TRUST, U.S. BANK NATIONAL ASSOCIATION, not in its individual capacity but solely as Trustee,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01677-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION TO AMEND PLEADINGS OR ADD PARTIES** |

IT IS HEREBY STIPULATED between SRMOF II 2012-1 Trust, U.S. Bank National Association, not in its individual capacity but solely as Trustee (hereinafter "U.S. Bank") and SFR Investments Pool 1, LLC (hereinafter "SFR"), by and through their undersigned counsel, to extend the deadline to file a Motion to Amend Pleadings or Add Parties until **June 28, 2016.**

The Discovery that has been completed thus far is as follows: both parties have exchanged initial disclosures; U.S. Bank served SFR with their written discovery requests on March 30, 2016, and SFR responded to those requests on May 23, 2016; U.S. Bank served a Subpoena to Produce Documents upon the HOA and the HOA Trustee on March 28, 2016 and March 22, 2016, respectively. The Discovery that still needs to be completed is as follows: U.S. Bank will need to take the Deposition(s) of SFR, the HOA, and the HOA Trustee; and SFR still needs to serve U.S. Bank with their written discovery requests. The parties have also been involved in ongoing settlement discussions.

1  This is the parties' first request for extension and is not intended to cause any delay or
2  prejudice to any party.

3
4  DATED this 14 day of June, 2016.         DATED this 14th day of June, 2016.

5  WRIGHT, FINLAY & ZAK, LLP              KIM GILBERT EBRON

6
7  _____              /s/ Diana Cline Ebron, Esq.
   Edgar C. Smith, Esq.                   Diana Cline Ebron, Esq.
8  Nevada Bar No. 5506                    Nevada Bar No. 10580
   Rock K. Jung, Esq.                     Jacqueline A. Gilbert, Esq.
9  Nevada Bar No. 10906                   Nevada Bar No. 10593
10 7785 W. Sahara Ave., Suite 200         Karen L. Hanks, Esq.
   Las Vegas, NV 89117                    Nevada Bar No. 9578
11 *Attorneys for Plaintiff, SRMOF II 2012-1*   7625 Dean Martin Drive, Suite 110
   *Trust, U.S. Bank National Association, not*   Las Vegas, Nevada 89139
12 *in its individual capacity but solely as*     *Attorneys for SFR Investments Pool 1, LLC*
13 *Trustee*

14
15                                    **ORDER**
16      IT IS SO ORDERED.
17      DATED this 16 day of June, 2016.
18
19
20                                    _____
21                                    UNITED STATES MAGISTRATE JUDGE

22 Respectfully Submitted by:
   WRIGHT, FINLAY & ZAK, LLP
23
24 _____
25 Rock K. Jung, Esq.
   Nevada Bar No. 10906
26 7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
27 *Attorneys for Plaintiff, SRMOF II 2012-1 Trust,*
28 *U.S. Bank National Association, not in its individual*
   *capacity but solely as Trustee*

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of WRIGHT, FINLAY & ZAK, LLP, and that on this 14 day of June, 2016, I did cause a true copy of **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE MOTION TO AMEND PLEADINGS OR ADD PARTIES,** to be electronically served to all parties and counsel as identified on the Court-generated Notice of Electronic Filing, and/or by depositing a true and correct copy in the United States Mail, addressed as follows:

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP